UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REYCEL PEREZ-MARTINEZ,<br><br>                Petitioner,<br><br>    v.<br><br>MARGARET GILBERT,<br><br>                Respondent. | CASE NO. C15-5950 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's motion to stay (Dkt. 14) is **GRANTED.** Petitioner shall notify the Court within **thirty (30)** days of resolution of his state court proceedings. Petitioner shall also provide the Court with a status report of his state court proceedings every **ninety (90)** days;

ORDER - 1

1     (3)    This case is re-referred to Hon. Karen L. Strombom for further proceedings.

2     Dated this 28th day of March, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge