UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| REYCEL PEREZ-MARTINEZ,<br><br>                Petitioner,<br>    v.<br>MARGARET GILBERT,<br><br>                Respondent. | Case No. 3:15-cv-05950-BHS-TLF<br><br>ORDER RE-SETTING BRIEFING SCHEDULE |

This matter comes before the Court on the filing of a notice of appearance by the Federal Public Defender. Dkt. 46. In light of the Federal Public Defender's appearance, the Court finds it appropriate to allow Respondent to file an amended response to Petitioner's petition in regard to the three grounds for *habeas corpus* relief remaining in this matter.

Accordingly, Respondent shall have until **October 26, 2017**, to file an amended response. Petitioner shall have until **November 27, 2017**, to file a reply thereto. The Clerk is directed to re-note Petitioner's petition for consideration on **December 1, 2017**.

Dated this 25th day of September, 2017.

Theresa L. Fricke
United States Magistrate Judge

ORDER RE-SETTING BRIEFING SCHEDULE - 1